**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| NATIONAL MINING ASSOCIATION, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | ) | No. 23-1275, and consolidated cases |
| KINDER MORGAN, INC., et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | ) | No. 23-1321, and consolidated cases |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, HOLD THESE PETITIONS IN ABEYANCE**

Respondents the U.S. Environmental Protection Agency and Michael S. Regan, Administrator (collectively, "EPA"), moved on December 8, 2023, for

dismissal or, in the alternative, abeyance of the above-captioned consolidated cases. EPA Mot., ECF 2030756 (in No. 23-1275) & 2030758 (in No. 23-1321). Petitioners responded on December 18, 2023. Kinder Morgan Resp., ECF 2032088 (in No. 23-1275) & 2032089 (in No. 23-1321); Nat'l Mining Resp., ECF 2032093 (in No. 23-1275) & 2032095 (in No. 23-1321). Under Federal Rules 27(a)(4) and 26(a)(1)(C), Respondents' reply in support of their motion is now due on December 26, 2023, the day after Christmas. Respondents hereby respectfully request that the reply deadline be extended by ten days, until January 5, 2023, in light of the intervening holidays and the absence of vital staff during that holiday period.

In particular, Respondents' reply will require the input of staff at EPA as well as final authorization from EPA and Department of Justice management. However, the timing of the Christmas and New Year's Day federal holidays means that several DOJ and EPA personnel necessary to prepare and review the brief will be on leave and unavailable in the next two weeks. Accordingly, Respondents will be unable to complete work on and seek authorization of their reply brief until the week of January 1st. As that workweek is also shortened by the federal holiday on New Year's Day, a ten-day extension until Friday, January 5th, is the minimum time Respondents require to complete briefing here.

Counsel for Petitioners state that they do not object and do not intend to file an opposition to this request.

For these reasons, Respondents respectfully request that this Court extend by ten days Respondents' deadline to file a reply in support of their motion to dismiss or, in the alternative, hold these petitions in abeyance, until January 5, 2024.

DATED: December 19, 2023

TODD KIM
Assistant Attorney General

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN
ELISABETH H. CARTER
ZOE B. PALENIK
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277
chloe.kolman@usdoj.gov

*Counsel for Respondents*

OF COUNSEL:

DANIEL P. SCHRAMM
KYLE DURCH
United States Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

I further certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(2)(A) because it contains approximately 299 words, excluding exempted portions, according to the count of Microsoft Word.

/s/ *Chloe H. Kolman*
CHLOE H. KOLMAN

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion have been served through the Court's CM/ECF system on all registered counsel this 19th day of December, 2023.

/s/ *Chloe H. Kolman*
CHLOE H. KOLMAN