# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1321**                                      **September Term, 2023**

EPA-88FR67102

Filed On: December 21, 2023 [2032817]

Kinder Morgan, Inc.,

      Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

Consolidated with 23-1323, 23-1324,
23-1325, 23-1326

### O R D E R

    Upon consideration of respondents' unopposed motion to extend deadline to file reply in support of motion to dismiss, it is

    **ORDERED** that the motion for extension of time be granted. Respondents' reply in support of their motion to dismiss is now due January 5, 2024.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                              BY:    /s/
                                           James A. Kaiser
                                           Deputy Clerk